IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:11-CR-59-H1
No. 4:15-CV-131-H

TERRANCE LEVON JONES,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on defendant's motion to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255, [D.E. #80]. Because petitioner's motion is a successive § 2255 motion, this court is without jurisdiction to consider it. See 28 U.S.C. § 2255(h). Accordingly, petitioner's motion to vacate is DISMISSED WITHOUT PREJUDICE to his right to apply to the Fourth Circuit for leave to file a successive § 2255 motion.

Petitioner's motion is dismissed without prejudice to his right to apply to the Fourth Circuit for leave; therefore, this order does not raise a substantial issue for appeal concerning the denial of a constitutional right. Accordingly, a certificate of appealability is not issued as to this order.

This 10th day of November 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34