IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-cr-000059-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| TERRENCE LEVON JONES, | ) ) | |
| Defendant. | ) ) | |

This matter comes before the court on the Government's Motion to Seal copies of Defendant's medical records [DE 118]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 117 until further order of the court.

SO ORDERED this 21st day of September, 2021.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE